UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PICATINNY FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendant. | Honorable Garrett E. Brown<br><br>Civil Action No. 09-01295 (GEB)<br><br>Civil Action |
| SPERRY ASSOCIATES FEDERAL CREDIT UNION<br><br>    Plaintiff<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendant | Civil Action No. 09-04782 (GEB)<br><br>Civil Action |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>    Plaintiff,<br><br>v.<br><br>PROPONENT FEDERAL CREDIT UNION,<br><br>    Defendant. | Civil Action No. 10-0473 (GEB)<br><br>Civil Action<br><br>**SEVENTH AMENDED<br>PRETRIAL DISCOVERY ORDER** |

This matter having come before the Court and for good cause shown; it is on this ____ day of November, 2010,

ORDERED that:

1. The date for the service of all affirmative expert reports in the Picatinny matter is hereby extended until November 8, 2010.

{00638489.DOC}

2.  The date for the service of all responding expert reports in the Picatinny matter is hereby extended until December 8, 2010.

3.  All dispositive motions in the Picatinny matter must be filed by December 15, 2010. Opposition to dispositive motions shall be filed by January 31, 2011, and any reply shall be filed by February 14, 2011.

4.  A further telephone status conference for all of the consolidated cases before the undersigned is scheduled for December 7, 2010 at 4:00 P.M. Counsel for Proponent Federal Credit Union shall initiate the telephone conference.

_____
Hon. Madeline Cox Arleo, U.S.M.J.