# EXHIBIT M

1

```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
```

**ORIGINAL**

                                           2:09 cv 01295 GEB

PICATINNY FEDERAL CREDIT UNION
                Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                Defendants.

**The deponent did not read and sign this deposition transcript**

------------------------------
SPERRY ASSOCIATES FEDERAL
CREDIT UNION.
                Plaintiff            2:09 cv 04782 GEB

vs
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                Defendants.
------------------------------
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                Plaintiff,           2:10 cv 00473 GEB

vs.

PROPONENT FEDERAL CREDIT
UNION,
                Defendant.
------------------------------

        DEPOSITION OF BARBARA CUSHMAN
        WASHINGTON, DC.
        MAY 12, 2010

(Per protective order section 9., this transcript has a temporary "Confidential" designation for a period of 15 days after the deposition is received.)

Atkinson-Baker, Inc.
Court Reporters.
Telephone: 1-800-288-3376.
www.depo.com.
Reported By: T. S. Hubbard, Jr.

FILE NO. JOB# A4047DA

```
 1
 2
 3        The oral deposition of BARBARA CUSHMAN, taken on
 4   Wednesday, May 12, 2010, commencing at 9:30 a.m.
 5   held at the offices of LATHAM & WATKINS, LLP,
 6   555 Eleventh Street, Northwest, Suite 1000
 7   Washington D.C before T. S. Hubbard, Jr., Court
 8   Reporter and Notary Public for the District of
 9   Columbia.
10
11
12
13                      *  *  *  *
14
15
16
17
18
19
20
21
22
```

```
 1
 2      A P P E A R A N C E S:
 3
 4      On Behalf of the Plaintiff
 5      Piscatinny Federal Credit Union
 6      JAMES HENRY FORTE, ESQUIRE
 7      SAIBER, LLC
 8      18 COLUMBIA TURNPIKE
 9      SUITE 200
10      FLORHAM PARK, NJ 07932
11      (973) 622-3333
12      (973) 622-3349 (fax)
13      JFORTE@saiber.com
14
15      ROBERT N. SQUILLANTE, ESQUIRE
16      Corporate Counsel
17      Piscatinny Federal Credit Union
18      100 Mineral Springs Drive
19      Dover, New Jersey
20      (973) 361-5225 Ext 5006
21      rsquillante@picacreditunion.com
22
```

```
 1
 2      APPEARANCES, continued
 3
 4      On behalf of Plaintiff Sperry Associates
 5      Federal Credit Union
 6      LISA BISAGNI, ESQUIRE, of counsel
 7      Scott A. Rosenberg, PC
 8      2400 Jericho Turnpike
 9      Suite 201
10      Garden City Park, New York 11040
11      (516) 279-6848
12      lbisagni@msn.com
13
14      On Behalf of Defendant Fannie Mae
15      MIRIAM M. SMOLEN, ESQUIRE
16      Assistant General counsel
17      Legal Department
18      Fannie Mae
19      3900 Wisconsin Avenue
20      Washington, DC 20016
21
22
```

```
 1      APPEARANCES, continued
 2
 3      On Behalf of Defendant
 4      Proponent Federal Credit Union
 5      ROBYN B. GIGL, ESQUIRE
 6      Stein, McGuire, Pantages & Gigl, LLP
 7      354 Eisenhower Parkway
 8      Livingston, New Jersey 07039
 9      (973) 992-1100
10      rgigl@steinlegal.com
11
12                    *  *  *  *  *
13
14
15
16
17
18
19
20
21
22
```

1    Q.   That's the number that Fannie Mae
2    assigns to loans that are told to it?
3    A.   Yes.
4    Q.   The lender ID number in the second
5    column, what does that represent, do you
6    know?
7    A.   That will be the lender loan ID
8    number.
9    Q.   That would be the loan number, the
10   number that the lender itself assigned to the
11   loan, is that your understanding?
12   A.   That's my understanding.
13   Q.   Are you aware of any actions or
14   inactions by my client, Picatinny Federal
15   Credit Union, that led you to believe that at
16   any time Mr. McGrath was authorized to sign
17   loan documents on behalf of Picatinny?
18   A.   No.
19   Q.   At the time you certified the Weed
20   and Flynn loans that we have seen there was
21   nothing that my client did or did not do that
22   induced you to believe that he had authority

## CERTIFICATE OF REPORTER

I, T. S. Hubbard, Jr. Court Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of May, 2009.

_____
NOTARY PUBLIC IN AND FOR THE

Commission Expires April 31, 2013