# EXHIBIT O

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEW JERSEY
 3           CASE NO.: 2:09-CV-01295-JAG-MCA
 4       ----------------------------------x
 5    PICATINNY FEDERAL CREDIT UNION,
 6                Plaintiff,                   CERTIFIED COPY
 7          vs.
 8    FEDERAL NATIONAL MORTGAGE ASSOCIATION,
 9                Defendant.
10       ----------------------------------x
11       Per Protective Order, Section 9, this transcript has a
12       temporary "Confidential" designation for a period of 15
13              days after the depostition is received
14              DEPOSITION OF ALEXANDER N. SAPHOS
15                 Thursday, February 25, 2010
16                     Newark, New Jersey
17
18
19
20
21
22   ATKINSON- BAKER, INC.
     COURT REPORTERS
23   (800) 288-3376
     www.depo.com
24
25   FILE NO.: A401C39
```

1

```
 1            Deposition of ALEXANDER N. SAPHOS taken in
 2   the above-entitled matter before Mark Iuzzolino, a
 3   Certified Shorthand Reporter (License No. X101103)
 4   and Notary Public of the State of New Jersey, taken
 5   at the offices of LATHAM & WATKINS, LLP, One Newark
 6   Center, 16th floor, Newark, New Jersey, on Thursday,
 7   February 25, 2010, commencing at 9:01 a.m.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2

 3       SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC

 4       18 Columbia Turnpike, Suite 200

 5       Florham Park, New Jersey 07932

 6       973-645-4833

 7       BY:  JAMES H. FORTE, ESQ.

 8       Attorneys for the Plaintiff

 9

10       LATHAM & WATKINS, LLP

11       One Newark Center, 16th floor

12       Newark, New Jersey 07101-3174

13       973-639-7293

14       BY:  ALAN E. KRAUS, ESQ.

15            REBECCA BROWN, ESQ.

16       Attorneys for the Defendant

17

18       FANNIE MAE LEGAL DEPARTMENT

19       3900 Wisconsin Avenue, NW

20       Washington, DC 20016-2892

21       202-752-7932

22       BY:  MIRIAM M. SMOLEN, ESQ.

23       Attorneys for FannieMae

24

25
```

```
 1              business plan, Bates-stamped SAPA 367
 2              through -386, is marked as
 3              Plaintiff's Exhibit 94 for
 4              Identification.)
 5       Q.    I see.  Now, let me show you what
 6  I'll mark as 94.  Now, I placed in front of you
 7  a document that was marked P-94 for
 8  Identification.  It bears Bates numbers SAPA
 9  367 through -386.  And it consists of an e-mail
10  from Suzanne Cavalluzzo to you and an attached
11  business plan of US Mortgage Corp.
12              Have you seen this document
13  before?
14       A.    I probably -- I have seen it.  I
15  didn't recall it.  You're referencing July 20,
16  2004, and I just don't recall it.
17       Q.    Do you have any reason to believe you
18  did not receive this e-mail or this document?
19       A.    No.  I believe I did receive it.
20       Q.    Now, if you could, turn to page 9 of
21  the business plan of US Mortgage.
22       A.    Page 9 of the business plan?
23       Q.    Yeah, which would be document No. 376
24  on the bottom.  Now, the heading on the top is
25  "Management and Operations."  And you have the
```

1  name "Michael J. McGrath, chairman of the board
2  of US Mortgage Corp.," and then a short bio
3  underneath that.
4          Do you see where I am?
5     A.   Yes, I see "Michael J. McGrath, Sr.,
6  chairman of the board, US Mortgage Corp."
7     Q.   And then "Michael J. McGrath, Jr.,
8  president and CEO of US Mortgage Corp.," and
9  then biographical information underneath that.
10    A.   Yes.
11    Q.   And could you read that biographical
12 information for me?
13         MR. KRAUS:  Out loud?
14         MR. FORTE:  No.  To himself.
15    A.   Okay.
16    Q.   Now, we can agree that under the
17 biographical information for Michael J.
18 McGrath, the president and CEO of US Mortgage
19 Corp., there's no reference to any affiliation,
20 assistant vice-president or otherwise, of any
21 credit union.  Correct?
22    A.   Yes, we can agree to that.
23    Q.   And can we also agree, sir, that you
24 did not think that Mr. McGrath was an assistant
25 vice-president of a credit union, did you?

1   A.   No, I did not.
2   Q.   Now -- and you didn't think he was an
3   assistant vice-president of my client,
4   Picatinny Federal Credit Union.  Correct?
5   A.   Correct.
6   Q.   Now, one of the things that is said
7   on the document is that it says, "Mr. McGrath,
8   Jr. is a member of Fannie Mae's Technology
9   Advisory Board that focuses on industry
10  technology issues and direction."
11           What is that?
12  A.   I don't even recall that board, but
13  I'm assuming it was an advisory board of sorts
14  that was created in conjunction with our
15  release -- our introduction and release of
16  desktop underwriter.
17  Q.   Now, do you know who appointed him to
18  that board?
19  A.   I do not.
20  Q.   Did you have any involvement in that
21  process?
22  A.   I did not.
23  Q.   Do you know any other members of that
24  board?
25  A.   I do not.

```
 1
 2                    C E R T I F I C A T E
 3
 4
 5          I, MARK IUZZOLINO, a Certified Shorthand
 6   Reporter and Notary Public of the State of New
 7   Jersey certify that the foregoing is a true and
 8   accurate transcript of the testimony of the
 9   aforementioned first duly sworn by me.
10          I further certify that I am neither
11   attorney or counsel for, nor related to or
12   employed by, any of the parties to the action in
13   which the deposition is taken, and further that I
14   am not a relative or employee of any attorney or
15   counsel employed in this case, nor am I
16   financially interested in the action.
17
18
19                    _____
20                    CERTIFIED SHORTHAND REPORTER
21                    NOTARY PUBLIC OF NEW JERSEY
22                    LICENSE NO. X101103
23
24
25
```