**DECLARATION OF DEBRA THOMPSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Debra Thompson, hereby declare under penalty of perjury that the following is true and accurate to the best of my knowledge, information, and belief:

1. I am currently the Director of Custody/Servicer Oversight at Federal National Mortgage Association ("Fannie Mae"). I submit this declaration in support of Defendant Fannie Mae's Motion for Summary Judgment, and have personal knowledge of the facts set forth below.

2. Fannie Mae is a federally chartered company that purchases mortgage loans originated by lenders in the primary mortgage market, to provide liquidity and stability to the mortgage markets. Each year, Fannie Mae buys millions of mortgage loans on the secondary market from its approved lender partners. Set forth below, by year for the 2003-2008 period, are the numbers of mortgage loans acquired by Fannie Mae either as part of the issuance of mortgage backed securities or individually on a "cash" basis.[1] During the period 2003-2008, Fannie Mae purchased an average of 3.9 million loans annually.

| Year | MBS Purchases | Cash Purchases | Total |
|---|---|---|---|
| 2003 | 6,921,115 | 1,075,596 | 7,996,711 |
| 2004 | 3,256,197 | 462,703 | 3,718,900 |
| 2005 | 2,680,520 | 425,720 | 3,106,240 |
| 2006 | 2,358,542 | 459,884 | 2,818,426 |
| 2007 | 2,886,562 | 530,929 | 3,417,491 |
| 2008 | 2,365,343 | 439,073 | 2,804,416 |

---

[1] These data are based upon Fannie Mae's records of mortgage purchases.

3. Until February 2009, one of Fannie Mae's approximately 1,800 active approved Sellers/Servicers was U.S. Mortgage Corporation ("U.S. Mortgage"), which became an approved Fannie Mae Seller/Servicer in 1996. As a Seller/Servicer, U.S. Mortgage could both sell mortgage loans to Fannie Mae and continue to service those loans post sale by collecting monthly principal and interest payments from the borrowers.

4. From 2001 through January 2009, I understand that U.S. Mortgage sold Fannie Mae 2,544 mortgage loans from 91 credit unions that used U.S. Mortgage through its subsidiary, CU National Mortgage LLC, as their agent. For 2,002 of these 2,544 loans, it is my understanding that the credit unions authorized the sales to Fannie Mae, they received the proceeds from their agent, and there has been no dispute regarding Fannie Mae's ownership. Said another way, I understand that the ownership of only 502 of the 2,544 loans has been disputed by the credit unions.

5. Fannie Mae acquired 231 Picatinny Federal Credit Union ("Picatinny") loans from U.S. Mortgage from February 2002 to December 2008. After certifying that each loan met Fannie Mae's certification requirements, Fannie Mae transferred payment funds to U.S. Mortgage, completing the purchase of the loans. Although U.S. Mortgage continued to service the loans for Fannie Mae, Fannie Mae retained the original notes in its custodial department in a secure vault in Herndon, Virginia. I understand that Fannie Mae's ownership of 51 of these notes (the "Disputed Notes") are in dispute; the remaining notes – about 77% of the total – are not in dispute.

6. In February 2009, Fannie Mae learned that Michael J. McGrath, U.S. Mortgage's CEO, had perpetrated a fraud. Specifically, McGrath allegedly sold to

Fannie Mae mortgage loans (mortgages and notes) owned by certain credit unions without the knowledge and consent of such credit unions (including Picatinny) and did not remit the proceeds of the sales to the credit unions. After the fraud was uncovered, Fannie Mae examined the Disputed Notes. With only one exception, where Fannie Mae was unable to locate the original note, each note had an unbroken chain of ownership: they all had been endorsed on behalf of Picatinny to U.S. Mortgage and then by U.S. Mortgage in blank.

7. Fannie Mae paid a total of $13,059,775.64 for the 51 Disputed Notes.

8. Fannie Mae's loan servicing standards do not permit the servicer to keep the original note in the serviced loan file.

9. Attached hereto as Exhibit A is a true and correct copy of a chart identifying, by loan number, the 51 Picatinny Disputed Notes, the dates of those Disputed Notes, the dates on which the Disputed Notes were purchased by Fannie Mae, and the original principal amount of each Disputed Note.

10. Attached hereto as Exhibit B is a true and correct copy of a chart identifying, by loan number, the 179 Picatinny undisputed notes, the dates of those undisputed notes, the dates on which the undisputed notes were purchased by Fannie Mae, and the original principal amount of each undisputed note.

11. As set forth on Exhibit A, all of the Picatinny Disputed Notes were sold to Fannie Mae by U.S. Mortgage in November 2007 to December 2008. At least six Picatinny undisputed notes were sold to Fannie Mae by U.S. Mortgage during this same period. *See* Exhibit B.

12. I have reviewed the Picatinny Disputed Notes, identified on the chart attached as Exhibit A. The Disputed Notes met Fannie Mae's certification requirements. Fannie Mae relied on the fact that U.S. Mortgage delivered original Piccatiny notes to Fannie Mae as evidence of U.S. Mortgage's authority to sell those loans. In my experience, there is no good reason for an agent such as U.S. Mortgage to have original notes other than if the agent has authority to sell the notes, either because it purchased them from the payee entity or because that entity directed the agent to sell the note. For that reason, among others, Fannie Mae's certifiers are taught to verify that every note Fannie Mae purchases is an original. Fannie Mae rejects copies.

13. Fannie Mae, as required by its procedures, also received fully executed, notarized mortgage assignments for each of the 51 Disputed Notes, conveying the interest in the mortgage to Fannie Mae. Mortgages sold to Fannie Mae can either be electronically recorded on the Mortgage Electronic Recording System ("MERS") or on the local jurisdiction's filing system. If the mortgage is on MERS, Fannie Mae's procedures do not require delivery of a mortgage assignment. If the mortgage is not on MERS, Fannie Mae ordinarily requires a mortgage assignment. None of the 51 Disputed Notes were MERS. In addition, while not required, U.S. Mortgage delivered an intervening assignment of mortgage. Each of those assignments was notarized and signed on behalf of Picatinny by McGrath as an AVP of Picatinny. The certifiers also ensured that the loan packets contained an assignment of mortgage conveying the interest in the mortgage to Fannie Mae.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on December 13, 2010.

_Debra Thompson_
Debra Thompson

EXHIBIT A
Disputed Notes

| | FNMA Loan Number | Credit Union Loan Number | Date of Disputed Note | Date Disputed Note Was Purchased by FNMA | Principal Amount of Disputed Note |
|---|---|---|---|---|---|
| 1 | 4005756778 | 301310876 | 1/17/2006 | 12/27/2007 | $ 279,200.00 |
| 2 | 4005756472 | 3330001410 | 2/29/2006 | 12/27/2007 | $ 360,000.00 |
| 3 | 4005756780 | 3330000341 | 3/10/2006 | 12/27/2007 | $ 250,000.00 |
| 4 | 4005756771 | 3330000431 | 4/28/2006 | 12/27/2007 | $ 410,000.00 |
| 5 | 4005756772 | 3330000819 | 5/31/2006 | 12/27/2007 | $ 415,000.00 |
| 6 | 4005756773 | 3330000877 | 6/8/2006 | 12/27/2007 | $ 207,000.00 |
| 7 | 4005756775 | 3330000898 | 6/15/2006 | 12/27/2007 | $ 387,000.00 |
| 8 | 4005756774 | 3330000887 | 6/15/2006 | 12/27/2007 | $ 301,500.00 |
| 9 | 4006016274 | 3330000992 | 6/29/2006 | 8/14/2008 | $ 365,000.00 |
| 10 | 4005756776 | 3330001233 | 8/28/2006 | 12/27/2007 | $ 226,400.00 |
| 11 | 4005756777 | 301308649 | 10/12/2006 | 12/27/2007 | $ 250,000.00 |
| 12 | 4005756471 | 3330001700 | 10/30/2006 | 12/27/2007 | $ 338,530.00 |
| 13 | 4006016265 | 3330001896 | 11/17/2006 | 8/14/2008 | $ 128,800.00 |
| 14 | 4005661276 | 3330002030 | 12/27/2006 | 11/27/2007 | $ 218,000.00 |
| 15 | 4005661270 | 3330002101 | 12/29/2006 | 11/27/2007 | $ 249,000.00 |
| 16 | 4006016275 | 3330001919 | 1/9/2007 | 8/14/2008 | $ 141,000.00 |
| 17 | 4005661271 | 3330002175 | 1/19/2007 | 11/27/2007 | $ 340,000.00 |
| 18 | 4005661275 | 3330002216 | 1/27/2007 | 11/27/2007 | $ 375,250.00 |
| 19 | 4005661272 | 3330002274 | 2/7/2007 | 11/27/2007 | $ 249,950.00 |
| 20 | 4005661274 | 3330002345 | 2/23/2007 | 11/27/2007 | $ 260,000.00 |
| 21 | 4006016266 | 3330002397 | 2/28/2007 | 8/14/2008 | $ 156,000.00 |
| 22 | 4005661273 | 3330002295 | 3/7/2007 | 11/27/2007 | $ 228,000.00 |
| 23 | 4005757011 | 3330002748 | 5/11/2007 | 12/27/2007 | $ 195,000.00 |
| 24 | 4005648157 | 3330002764 | 6/27/2007 | 11/13/2007 | $ 225,000.00 |
| 25 | 4005648151 | 3330002928 | 7/31/2007 | 11/13/2007 | $ 356,400.00 |
| 26 | 4005648158 | 3330003243 | 8/17/2007 | 11/13/2007 | $ 224,750.00 |
| 27 | 4005648154 | 3330003136 | 8/20/2007 | 11/13/2007 | $ 190,500.00 |
| 28 | 4005648153 | 3330003095 | 10/5/2007 | 11/13/2007 | $ 220,000.00 |
| 29 | 4005648159 | 3330003592 | 10/8/2007 | 11/13/2007 | $ 156,500.00 |
| 30 | 4005648155 | 3330003506 | 10/12/2007 | 11/13/2007 | $ 208,000.00 |
| 31 | 4005648156 | 3330003597 | 10/27/2007 | 11/13/2007 | $ 292,600.00 |
| 32 | 4005757012 | 3330003642 | 11/26/2007 | 12/27/2007 | $ 233,000.00 |
| 33 | 4005757014 | 3330003754 | 11/28/2007 | 12/27/2007 | $ 367,900.00 |
| 34 | 4006016268 | 3330004513 | 4/22/2008 | 8/14/2008 | $ 216,900.00 |
| 35 | 4006016267 | 3330004404 | 4/22/2008 | 8/14/2008 | $ 165,050.00 |
| 36 | 4006016270 | 3330004650 | 5/20/2008 | 8/14/2008 | $ 194,650.00 |
| 37 | 4006016269 | 3330004602 | 5/29/2008 | 8/14/2008 | $ 175,000.00 |
| 38 | 4006016271 | 3330004771 | 6/12/2008 | 8/14/2008 | $ 306,850.00 |
| 39 | 4006016276 | 3330004529 | 6/23/2008 | 8/14/2008 | $ 180,000.00 |
| 40 | 4006016272 | 3330004845 | 6/30/2008 | 8/14/2008 | $ 176,300.00 |
| 41 | 4006016277 | 3330004959 | 7/11/2008 | 8/14/2008 | $ 297,500.00 |
| 42 | 4006016273 | 3330004895 | 7/24/2008 | 8/14/2008 | $ 245,700.00 |
| 43 | 4006016454 | 3330004359 | 7/31/2008 | 8/14/2008 | $ 315,000.00 |

EXHIBIT A
Disputed Notes

|    | FNMA Loan Number | Credit Union Loan Number | Date of Disputed Note | Date Disputed Note Was Purchased by FNMA | Principal Amount of Disputed Note |
|----|------------------|--------------------------|-----------------------|------------------------------------------|-----------------------------------|
| 44 | 4006197950 | 3330005226 | 8/27/2008  | 12/23/2008 | $ 280,000.00 |
| 45 | 4006113174 | 3330005103 | 9/12/2008  | 10/6/2008  | $ 224,000.00 |
| 46 | 4006152757 | 3330005404 | 10/8/2008  | 11/10/2008 | $ 305,000.00 |
| 47 | 4006152759 | 3330005439 | 10/15/2008 | 11/10/2008 | $ 227,500.00 |
| 48 | 4006153590 | 3330005254 | 11/6/2008  | 11/12/2008 | $ 232,000.00 |
| 49 | 4006188124 | 3330005369 | 11/14/2008 | 12/16/2008 | $ 328,000.00 |
| 50 | 4006188123 | 3330005273 | 11/21/2008 | 12/16/2008 | $ 246,000.00 |
| 51 | 4006188125 | 3330005457 | 12/1/2008  | 12/16/2008 | $ 239,000.00 |

EXHIBIT B
Undisputed Notes

|    | FNMA Loan Number | Credit Union Loan Number | Date of Undisputed Note | Date Undisputed Note Was Purchased by FNMA | Principal Amount of Undisputed Note |
|----|------------------|--------------------------|-------------------------|--------------------------------------------|------------------------------------|
| 1  | 4003534633 | CUNL01215 | 11/14/2001 | 9/2/2003   | $ 68,020.15 |
| 2  | 4002127047 | 107553    | 2/25/2002  | 2/28/2002  | $ 168,000.00 |
| 3  | 4003525455 | CUNL00965 | 8/28/2002  | 8/28/2003  | $ 159,137.62 |
| 4  | 4003525456 | CUNL00973 | 9/10/2002  | 8/28/2003  | $ 133,094.77 |
| 5  | 4003531126 | CUNL01084 | 9/13/2002  | 8/29/2003  | $ 110,914.10 |
| 6  | 4003531127 | CUNL01151 | 9/19/2002  | 8/29/2003  | $ 111,697.80 |
| 7  | 4003529997 | CUNL01136 | 9/23/2002  | 9/3/2003   | $ 96,447.06 |
| 8  | 4003524041 | CUNL00654 | 9/26/2002  | 8/28/2003  | $ 176,498.12 |
| 9  | 4003531128 | CUNL01213 | 10/2/2002  | 8/29/2003  | $ 41,628.41 |
| 10 | 4002508989 | CUNL01230 | 10/4/2002  | 10/17/2002 | $ 179,000.00 |
| 11 | 4003525454 | CUNL00544 | 10/9/2002  | 8/28/2003  | $ 130,693.80 |
| 12 | 4003531131 | CUNL01292 | 10/11/2002 | 8/29/2003  | $ 106,163.01 |
| 13 | 4003530002 | CUNL01362 | 10/11/2002 | 8/29/2003  | $ 213,934.96 |
| 14 | 4003521300 | CUNL01379 | 10/14/2002 | 8/27/2003  | $ 105,127.29 |
| 15 | 4003527097 | CUNL01444 | 10/15/2002 | 9/3/2003   | $ 114,336.63 |
| 16 | 4003527096 | CUNL01390 | 10/17/2002 | 8/28/2003  | $ 136,986.49 |
| 17 | 4003534634 | CUNL01241 | 10/18/2002 | 9/2/2003   | $ 118,592.54 |
| 18 | 4003525460 | CUNL01408 | 10/18/2002 | 8/28/2003  | $ 106,643.81 |
| 19 | 4003527095 | CUNL01327 | 10/18/2002 | 8/28/2003  | $ 242,025.52 |
| 20 | 4002599279 | CUNL01267 | 10/18/2002 | 11/19/2002 | $ 215,000.00 |
| 21 | 4002599279 | CUNL01267 | 10/18/2002 | 11/19/2002 | $ 215,000.00 |
| 22 | 4003524048 | CUNL01454 | 10/21/2002 | 8/28/2003  | $ 125,853.34 |
| 23 | 4003525459 | CUNL01360 | 10/22/2002 | 8/28/2003  | $ 192,894.10 |
| 24 | 4003521295 | CUNL01221 | 10/23/2002 | 8/27/2003  | $ 91,748.92 |
| 25 | 4003521298 | CUNL01253 | 10/23/2002 | 8/27/2003  | $ 129,725.69 |
| 26 | 4003521301 | CUNL01468 | 10/24/2002 | 8/27/2003  | $ 114,226.26 |
| 27 | 4003524042 | CUNL01164 | 10/25/2002 | 9/3/2003   | $ 122,948.99 |
| 28 | 4003521302 | CUNL01486 | 10/30/2002 | 8/27/2003  | $ 194,343.18 |
| 29 | 4003524527 | CUNL01476 | 10/30/2002 | 8/28/2003  | $ 60,926.62 |
| 30 | 4003524044 | CUNL01385 | 11/6/2002  | 8/28/2003  | $ 132,153.40 |
| 31 | 4003521299 | CUNL01256 | 11/7/2002  | 8/27/2003  | $ 100,819.75 |
| 32 | 4003581104 | CUNL01280 | 11/8/2002  | 9/15/2003  | $ 193,620.41 |
| 33 | 4003520354 | CUNL01503 | 11/12/2002 | 8/27/2003  | $ 81,785.51 |
| 34 | 4002625414 | CUNL01699 | 11/15/2002 | 11/26/2002 | $ 120,000.00 |
| 35 | 4003524524 | CUNL01410 | 11/20/2002 | 8/28/2003  | $ 170,050.29 |
| 36 | 4003520352 | CUNL01347 | 11/20/2002 | 8/27/2003  | $ 116,605.95 |
| 37 | 4003524525 | CUNL01420 | 11/26/2002 | 8/28/2003  | $ 170,679.63 |
| 38 | 4003534635 | CUNL01254 | 12/4/2002  | 9/2/2003   | $ 33,648.25 |
| 39 | 4003524528 | CUNL01657 | 12/12/2002 | 8/28/2003  | $ 97,171.59 |
| 40 | 4003548711 | CUNL01491 | 12/19/2002 | 9/5/2003   | $ 98,418.39 |
| 41 | 4003524531 | CUNL02196 | 1/8/2003   | 8/28/2003  | $ 80,269.04 |
| 42 | 4003524530 | CUNL02027 | 1/27/2003  | 8/28/2003  | $ 127,255.86 |
| 43 | 4002821935 | CUNL01480 | 1/28/2003  | 2/6/2003   | $ 105,000.00 |

EXHIBIT B
Undisputed Notes

| | **FNMA Loan Number** | **Credit Union Loan Number** | **Date of Undisputed Note** | **Date Undisputed Note Was Purchased by FNMA** | **Principal Amount of Undisputed Note** |
|---|---|---|---|---|---|
| 44 | 4002833694 | CUNL01780 | 1/31/2003 | 2/11/2003 | $ 70,000.00 |
| 45 | 4002865872 | CUNL02513 | 2/10/2003 | 2/24/2003 | $ 87,000.00 |
| 46 | 4003527098 | CUNL02326 | 2/14/2003 | 9/3/2003 | $ 160,139.74 |
| 47 | 4002901594 | CUNL02500 | 2/26/2003 | 3/7/2003 | $ 135,000.00 |
| 48 | 4003545925 | CUNL02860 | 3/4/2003 | 9/4/2003 | $ 213,866.83 |
| 49 | 4002938132 | CUNL02800 | 3/12/2003 | 3/20/2003 | $ 137,500.00 |
| 50 | 4003548712 | CUNL02171 | 3/14/2003 | 9/5/2003 | $ 114,152.66 |
| 51 | 4003545924 | CUNL02807 | 3/26/2003 | 9/4/2003 | $ 134,055.70 |
| 52 | 4003545926 | CUNL02890 | 3/28/2003 | 9/4/2003 | $ 209,116.67 |
| 53 | 4003545922 | CUNL02055 | 4/3/2003 | 9/4/2003 | $ 114,516.27 |
| 54 | 4003545928 | CUNL03058 | 4/4/2003 | 9/4/2003 | $ 84,732.48 |
| 55 | 4003057197 | CUNL03029 | 4/11/2003 | 4/25/2003 | $ 157,000.00 |
| 56 | 4003545929 | PRI00234 | 4/15/2003 | 9/4/2003 | $ 175,446.08 |
| 57 | 4003067184 | CUNL03138 | 4/18/2003 | 4/29/2003 | $ 100,500.00 |
| 58 | 4003545923 | CUNL02650 | 4/24/2003 | 9/4/2003 | $ 249,213.21 |
| 59 | 4003548713 | PRI00139 | 4/24/2003 | 9/5/2003 | $ 89,612.43 |
| 60 | 4003554899 | PRI01980 | 4/28/2003 | 9/8/2003 | $ 275,600.00 |
| 61 | 4003115581 | CUNL02963 | 4/30/2003 | 5/13/2003 | $ 142,000.00 |
| 62 | 4003184941 | PRI00214 | 5/15/2003 | 6/3/2003 | $ 130,000.00 |
| 63 | 4003155828 | PRI00199 | 5/15/2003 | 5/23/2003 | $ 300,000.00 |
| 64 | 4003175256 | PRI00256 | 5/15/2003 | 5/30/2003 | $ 81,300.00 |
| 65 | 4003184939 | PRI00186 | 5/15/2003 | 6/3/2003 | $ 158,100.00 |
| 66 | 4003184940 | CUNL03288 | 5/16/2003 | 6/3/2003 | $ 130,000.00 |
| 67 | 4003184951 | PRI00040 | 5/19/2003 | 6/3/2003 | $ 130,000.00 |
| 68 | 4003184950 | CUNL02932 | 5/20/2003 | 6/3/2003 | $ 225,000.00 |
| 69 | 4003184958 | PRI00121 | 5/20/2003 | 6/3/2003 | $ 184,350.00 |
| 70 | 4003184965 | PRI00456 | 5/21/2003 | 6/3/2003 | $ 91,000.00 |
| 71 | 4002180158 | PRI00160 | 5/23/2003 | 6/2/2003 | $ 28,550.00 |
| 72 | 4003212321 | CUNL02296 | 5/27/2003 | 6/10/2003 | $ 120,500.00 |
| 73 | 4003200834 | PRI00407 | 5/27/2003 | 6/6/2003 | $ 156,500.00 |
| 74 | 4003212317 | PRI00115 | 5/29/2003 | 6/10/2003 | $ 163,000.00 |
| 75 | 4003217888 | CUNL03034 | 5/29/2003 | 6/11/2003 | $ 109,000.00 |
| 76 | 4003212316 | PRI00691 | 5/30/2003 | 6/10/2003 | $ 97,300.00 |
| 77 | 4003226246 | PRI00541 | 6/3/2003 | 6/13/2003 | $ 112,000.00 |
| 78 | 4003226245 | PRI00494 | 6/5/2003 | 6/13/2003 | $ 167,500.00 |
| 79 | 4003231723 | PRI00586 | 6/6/2003 | 6/16/2003 | $ 180,400.00 |
| 80 | 4003264234 | CUNL03362 | 6/13/2003 | 6/24/2003 | $ 238,000.00 |
| 81 | 4003264232 | PRI00620 | 6/16/2003 | 6/24/2003 | $ 235,000.00 |
| 82 | 4003280485 | PRI00380 | 6/18/2003 | 6/27/2003 | $ 130,000.00 |
| 83 | 4003284265 | PRI00533 | 6/18/2003 | 6/30/2003 | $ 138,000.00 |
| 84 | 4003280482 | PRI00567 | 6/20/2003 | 6/27/2003 | $ 225,000.00 |
| 85 | 4003326939 | PRI00733 | 6/23/2003 | 7/11/2003 | $ 126,000.00 |
| 86 | 4003312806 | PRI00765 | 6/23/2003 | 7/8/2003 | $ 185,700.00 |

EXHIBIT B
Undisputed Notes

|  | FNMA Loan Number | Credit Union Loan Number | Date of Undisputed Note | Date Undisputed Note Was Purchased by FNMA | Principal Amount of Undisputed Note |
|---|---|---|---|---|---|
| 87 | 4003326941 | CUNL03413 | 6/24/2003 | 7/11/2003 | $ 119,500.00 |
| 88 | 4003312805 | PRI00442 | 6/24/2003 | 7/8/2003 | $ 110,000.00 |
| 89 | 4003312802 | PRI00695 | 6/25/2003 | 7/8/2003 | $ 68,000.00 |
| 90 | 4003312804 | PRI00652 | 6/26/2003 | 7/8/2003 | $ 80,000.00 |
| 91 | 4003315401 | PRI00708 | 6/26/2003 | 7/8/2003 | $ 224,000.00 |
| 92 | 4003322899 | PRI00801 | 6/26/2003 | 7/10/2003 | $ 103,850.00 |
| 93 | 4003384010 | PRI00890 | 6/27/2003 | 7/24/2003 | $ 204,950.00 |
| 94 | 4003326940 | PRI00957 | 6/27/2003 | 7/11/2003 | $ 262,100.00 |
| 95 | 4003339493 | PRI00935 | 6/30/2003 | 7/15/2003 | $ 233,150.00 |
| 96 | 4003374230 | PRI00993 | 7/2/2003 | 7/23/2003 | $ 170,000.00 |
| 97 | 4003372870 | PRI00936 | 7/8/2003 | 7/22/2003 | $ 146,500.00 |
| 98 | 4003354048 | PRI00839 | 7/9/2003 | 7/17/2003 | $ 227,500.00 |
| 99 | 4003369012 | CUNL03075 | 7/10/2003 | 7/22/2003 | $ 108,000.00 |
| 100 | 4003379777 | PRI01121 | 7/11/2003 | 7/24/2003 | $ 40,000.00 |
| 101 | 4003371988 | PRI00795 | 7/11/2003 | 7/22/2003 | $ 300,000.00 |
| 102 | 4003387021 | PRI01064 | 7/14/2003 | 7/25/2003 | $ 109,600.00 |
| 103 | 4003384014 | PRI00511 | 7/14/2003 | 7/24/2003 | $ 207,000.00 |
| 104 | 4003381369 | PRI00716 | 7/15/2003 | 7/24/2003 | $ 224,000.00 |
| 105 | 4003388673 | PRI00704 | 7/15/2003 | 7/25/2003 | $ 220,000.00 |
| 106 | 4003371986 | PRI00834 | 7/16/2003 | 7/22/2003 | $ 89,600.00 |
| 107 | 4003375195 | PRI00902 | 7/16/2003 | 7/23/2003 | $ 125,000.00 |
| 108 | 4003387015 | PRI00739 | 7/17/2003 | 7/25/2003 | $ 191,000.00 |
| 109 | 4003424007 | PRI01029 | 7/18/2003 | 8/4/2003 | $ 137,500.00 |
| 110 | 4003400491 | PRI01073 | 7/21/2003 | 7/29/2003 | $ 291,400.00 |
| 111 | 4003399812 | PRI00420 | 7/21/2003 | 7/29/2003 | $ 183,000.00 |
| 112 | 4003412505 | PRI01083 | 7/22/2003 | 7/31/2003 | $ 73,000.00 |
| 113 | 4003453027 | PRI00762 | 7/25/2003 | 8/11/2003 | $ 149,150.00 |
| 114 | 4003461484 | PRI01024 | 7/31/2003 | 8/12/2003 | $ 136,000.00 |
| 115 | 4003451615 | PRI00877 | 7/31/2003 | 8/11/2003 | $ 146,150.00 |
| 116 | 4003472522 | PRI00929 | 8/4/2003 | 8/14/2003 | $ 167,600.00 |
| 117 | 4003499663 | PRI01082 | 8/8/2003 | 8/21/2003 | $ 106,500.00 |
| 118 | 4003499667 | PRI00529 | 8/8/2003 | 8/21/2003 | $ 156,000.00 |
| 119 | 4003500719 | PRI01087 | 8/8/2003 | 8/21/2003 | $ 302,600.00 |
| 120 | 4003530354 | PRI01008 | 8/12/2003 | 8/29/2003 | $ 148,500.00 |
| 121 | 4003530352 | PRI01212 | 8/12/2003 | 8/29/2003 | $ 218,000.00 |
| 122 | 4003564830 | PRI01683 | 8/18/2003 | 9/10/2003 | $ 93,350.00 |
| 123 | 4003561541 | PRI01679 | 8/19/2003 | 9/9/2003 | $ 125,000.00 |
| 124 | 4003561539 | PRI01368 | 8/19/2003 | 9/9/2003 | $ 190,000.00 |
| 125 | 4003567447 | PRI01785 | 8/20/2003 | 9/10/2003 | $ 73,700.00 |
| 126 | 4003569834 | PRI01586 | 8/21/2003 | 9/11/2003 | $ 104,000.00 |
| 127 | 4003561542 | PRI01774 | 8/25/2003 | 9/9/2003 | $ 199,250.00 |
| 128 | 4003554902 | PRI02118 | 8/27/2003 | 9/8/2003 | $ 103,000.00 |
| 129 | 4003558890 | PRI01921 | 8/29/2003 | 9/9/2003 | $ 89,000.00 |

EXHIBIT B
Undisputed Notes

|  | FNMA Loan Number | Credit Union Loan Number | Date of Undisputed Note | Date Undisputed Note Was Purchased by FNMA | Principal Amount of Undisputed Note |
|---|---|---|---|---|---|
| 130 | 4003569831 | PRI01519 | 8/30/2003 | 9/11/2003 | $142,000.00 |
| 131 | 4003564837 | PRI01636 | 9/2/2003 | 9/10/2003 | $152,000.00 |
| 132 | 4003567451 | PRI02233 | 9/4/2003 | 9/10/2003 | $102,650.00 |
| 133 | 4003576770 | PRI00830 | 9/5/2003 | 9/12/2003 | $85,400.00 |
| 134 | 4003581100 | PRI01768 | 9/5/2003 | 9/15/2003 | $130,800.00 |
| 135 | 4003593298 | PRI01809 | 9/5/2003 | 9/17/2003 | $122,850.00 |
| 136 | 4003594116 | PRI01938 | 9/11/2003 | 9/17/2003 | $100,000.00 |
| 137 | 4003564845 | PRI01592 | 9/12/2003 | 9/10/2003 | $161,200.00 |
| 138 | 4003618796 | PRI00931 | 9/19/2003 | 9/25/2003 | $251,750.00 |
| 139 | 4003623757 | PRI02002 | 9/19/2003 | 9/26/2003 | $122,600.00 |
| 140 | 4003623759 | PRI01755 | 9/22/2003 | 9/26/2003 | $172,000.00 |
| 141 | 4003635650 | PRI02392 | 9/24/2003 | 10/1/2003 | $106,350.00 |
| 142 | 4003651923 | CUNL03812 | 9/24/2003 | 10/7/2003 | $100,000.00 |
| 143 | 4003652488 | PRI01772 | 9/25/2003 | 10/7/2003 | $131,000.00 |
| 144 | 4003659672 | PRI01315 | 10/2/2003 | 10/9/2003 | $150,000.00 |
| 145 | 4003697480 | PRI01108 | 10/17/2003 | 10/28/2003 | $170,000.00 |
| 146 | 4003708347 | PRI02058 | 10/28/2003 | 11/4/2003 | $92,000.00 |
| 147 | 4003709562 | PRI02871 | 10/29/2003 | 11/5/2003 | $107,500.00 |
| 148 | 4003715298 | PRI01631 | 10/31/2003 | 11/7/2003 | $322,700.00 |
| 149 | 4003716956 | PRI00930 | 11/3/2003 | 11/7/2003 | $133,400.00 |
| 150 | 4003715661 | PRI02465 | 11/4/2003 | 11/7/2003 | $288,500.00 |
| 151 | 4003793937 | PRI03037 | 12/12/2003 | 12/22/2003 | $140,000.00 |
| 152 | 4003820873 | PRI01965 | 1/6/2004 | 1/13/2004 | $83,850.00 |
| 153 | 4003845018 | PRI01491 | 1/26/2004 | 2/3/2004 | $91,600.00 |
| 154 | 4003867584 | PRI01983 | 2/13/2004 | 2/20/2004 | $227,250.00 |
| 155 | 4003875146 | 301303592 | 2/20/2004 | 2/27/2004 | $232,750.00 |
| 156 | 4003883964 | 301303333 | 2/23/2004 | 3/4/2004 | $102,800.00 |
| 157 | 4003881886 | 301303802 | 2/27/2004 | 3/3/2004 | $75,600.00 |
| 158 | 4004089381 | 301305599 | 7/19/2004 | 7/21/2004 | $84,000.00 |
| 159 | 4004110354 | 301305836 | 8/6/2004 | 8/10/2004 | $105,000.00 |
| 160 | 4004253500 | 301307114 | 12/7/2004 | 12/10/2004 | $52,500.00 |
| 161 | 4004568073 | 301309509 | 9/16/2005 | 9/20/2005 | $22,500.00 |
| 162 | 4004634090 | 301310156 | 11/9/2005 | 11/12/2005 | $163,000.00 |
| 163 | 4005018444 | 3330001412 | 8/25/2006 | 9/5/2006 | $260,000.00 |
| 164 | 4005018445 | 3330001221 | 8/30/2006 | 9/5/2006 | $108,100.00 |
| 165 | 4005027469 | 3330001358 | 8/31/2006 | 9/12/2006 | $350,000.00 |
| 166 | 4005059560 | 3330001639 | 9/28/2006 | 10/9/2006 | $195,000.00 |
| 167 | 4005084619 | 3330001548 | 10/30/2006 | 11/1/2006 | $130,000.00 |
| 168 | 4005303182 | 3330002265 | 3/22/2007 | 4/2/2007 | $180,000.00 |
| 169 | 4005339372 | 3330002728 | 4/27/2007 | 5/8/2007 | $170,000.00 |
| 170 | 4005339373 | 3330002746 | 4/30/2007 | 5/8/2007 | $75,000.00 |
| 171 | 4005458175 | 3330002847 | 6/20/2007 | 6/25/2007 | $193,875.30 |
| 172 | 4005531624 | 3330003084 | 8/10/2007 | 8/20/2007 | $157,000.00 |

EXHIBIT B
Undisputed Notes

|  | FNMA Loan Number | Credit Union Loan Number | Date of Undisputed Note | Date Undisputed Note Was Purchased by FNMA | Principal Amount of Undisputed Note |
|---|---|---|---|---|---|
| 173 | 4005548565 | 3330003361 | 8/22/2007 | 8/30/2007 | $ 167,500.00 |
| 174 | 4005663275 | 3330003724 | 11/19/2007 | 11/29/2007 | $ 357,900.00 |
| 175 | 4005766120 | 3330003847 | 12/26/2007 | 1/10/2008 | $ 400,000.00 |
| 176 | 4005768475 | 3330003814 | 1/4/2008 | 1/14/2008 | $ 245,000.00 |
| 177 | 4005771727 | 3330003883 | 1/9/2008 | 1/17/2008 | $ 165,300.00 |
| 178 | 4005792451 | 3330003872 | 2/1/2008 | 2/11/2008 | $ 258,000.00 |
| 179 | 4005849192 | 3330003523 | 3/18/2008 | 3/25/2008 | $ 191,350.00 |